374 P.2d 503

**Arthur Earl BURKE, Petitioner,**

v.

**Harold A. COX, Respondent.**

**No. 2–HC.**

Supreme Court of New Mexico.

Sept. 26, 1962.

COMPTON, Chief Justice, and CARMODY and CHAVEZ, Justices, concurring; MOISE and NOBLE, Justices, not participating.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason that the petition alleges no fact that would warrant the issuance of writ of habeas corpus.

374 P.2d 503

**Don A. FLIPPIN, Petitioner,**

v.

**Harold A. COX, Warden New Mexico State Penitentiary, Respondent.**

**No. 7217.**

Supreme Court of New Mexico.

Sept. 28, 1962.

COMPTON, Chief Justice, and CARMODY and CHAVEZ, Justices, concurring; MOISE and NOBLE, Justices, not participating.

Ordered that the request for free process be and the same is hereby granted and the petition for writ of mandamus is denied for the reason that the petition states no grounds for the issuance of writ of mandamus.